**NOTICE: This opinion is subject to modification resulting from motions for reconsideration under Supreme Court Rule 27, the Court's reconsideration, and editorial revisions by the Reporter of Decisions. The version of the opinion published in the Advance Sheets for the Georgia Reports, designated as the "Final Copy," will replace any prior version on the Court's website and docket. A bound volume of the Georgia Reports will contain the final and official text of the opinion.**

In the Supreme Court of Georgia

Decided: May 13, 2025

S25Y0899.  IN THE MATTER OF ALAN CHRISTOPHER NORTON.

PER CURIAM.

This disciplinary matter is before the Court on a petition for voluntary surrender of license, filed by Alan Christopher Norton (State Bar No. 142506), before the issuance of a formal complaint. See Bar Rule 4-227 (b). Norton, who has been a member of the Georgia Bar since 2005 and who has been a member of the Tennessee Bar since 2019,[1] admits the following.

On December 20, 2024, Norton was indicted on three counts of forgery and three counts of criminal simulation in the State of Tennessee for signing, without permission, the name of a Chancellor of the 12th Judicial Circuit on three emergency orders in a

---

[1] Norton states that his Tennessee license is currently suspended.

conservatorship matter in which Norton represented one of the parties. Norton was not authorized to sign the orders and admits that he forged the Chancellor's signature on the orders. Based on his forgery, Norton admits that he violated Rule 8.4 (a) (4)[2] of the Georgia Rules of Professional Conduct found in Bar Rule 4-102 (d). The maximum penalty for a violation of this Rule is disbarment. Norton further acknowledges that the voluntary surrender of his license is tantamount to disbarment. See *In the Matter of Williams*, 291 Ga. 659 (732 SE2d 85) (2012). See also Bar Rule 1.0 (s). Wherefore, Norton requests that the Court accept the voluntary surrender of his license.

The State Bar has responded, recommending that the Court accept Norton's petition. Having reviewed the petition, we agree to accept Norton's petition for voluntary surrender of his license. See *In the Matter of Griffieth*, 298 Ga. 436 (782 SE2d 443) (accepting petition for voluntary surrender of license filed by attorney based on

---

[2] Rule 8.4 (a) (4) provides that it shall be a violation of the Georgia Rules of Professional Conduct for a lawyer to engage in professional conduct involving fraud, deceit, or misrepresentation.

her first-degree forgery conviction). Norton is reminded of his duties

pursuant to Bar Rule 4-219 (b).

*Voluntary surrender of license accepted. Peterson, CJ, Warren, PJ, and Bethel, Ellington, McMillian, LaGrua, Colvin, and Pinson, JJ, concur.*